IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-50880
Summary Calendar
_____


RIAD E. HAMAD,

                                        Plaintiff-Appellant,

                        versus

H E B FOOD STORES,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court for the
Western District of Texas
USDC No. A-94-CV-649
_____
August 1, 1996
Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]


Riad E. Hamad, proceeding pro se and in forma pauperis, appeals the

district court's grant of summary judgment in favor of H.E.B. Food

Stores ("HEB"), dismissing Hamad's claims under Title VII of the

Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., and the Age

discrimination in Employment Act, 29 U.S.C. § 621 et seq.. Hamad

---

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

contends that HEB failed to promote him to its store management and distribution management trainee programs because of Hamad's race, national origin, and age.  Hamad also contends that HEB terminated him prematurely in retaliation for his intention to complain about the discriminatory treatment.

After conducting a <u>de</u> <u>novo</u> review of the record and the parties' briefs, we perceive no reversible error in the district court's decision.  <u>See</u> <u>Bodenheimer v. PPG Indus.</u>, 5 F.3d 955, 956 (5th Cir. 1993).  Accordingly, we AFFIRM for essentially the reasons adopted by the district court.  <u>Hamad v. H E B Food Stores</u>, No. A-94-CV-649 (W.D. Tex. Nov. 7, 1995).

A F F I R M E D.